# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| ROBERT L. SISK, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:15CV154-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court on the Plaintiff's Complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 20, 2015 Order.

October 20, 2015

Frank G. Johns, Clerk
United States District Court